# United States Court of Appeals
# for the Federal Circuit

---

March 28, 2014

**ERRATA**

---

Appeal Nos. 2012-5106, -5115

**KELLOGG BROWN & ROOT SERVICES, INC.**

**v.**

**UNITED STATES**

Decided:  September 5, 2013
Precedential Opinion

---

Please make the following change:

Page 29, line 30, delete "at the Court of Federal Claims."